UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24116-CIV-ALTONAGA/Simonton

**MARIA ORTIZ**,

      Plaintiff,
v.

**HARD ROCK CAFÉ
INTERNATIONAL (USA), INC.**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a hearing held on February 10, 2014 on Defendant, Hard Rock Café International (USA), Inc.'s Motion to Dismiss . . . ("Motion") [ECF No. 12], filed December 26, 2013. Plaintiff, Maria Ortiz submitted a Response . . . [ECF No. 21] on January 28, 2014. Defendant filed its Reply . . . [ECF No. 26] on February 3, 2014. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion **[ECF No. 12]** is **DENIED as moot**.

2. The parties shall have sixty (60) days to engage in jurisdictional discovery for the purpose of identifying all proper parties to this action.

3. Defendant shall file a response to Plaintiff's Complaint [ECF No. 1] should it remain unchanged following the discovery permitted by this Order, or any subsequently filed amended complaint[1] that may continue to name it as a party-defendant, by **April 14, 2014**.

---

[1] Clearly, if Plaintiff intends to amend her Complaint, she must do so with sufficient time for a response to be filed by April 14, 2014.

CASE NO. 13-24116-CIV-ALTONAGA/Simonton

4. The deadlines contained in the Court's Scheduling Order [ECF No. 16] are set aside.

**DONE AND ORDERED** in Miami, Florida, this 10th day of February, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record